UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

JADE GREENE,

                                Plaintiff,                21 Civ. 2000 (PAE)

         -v-

                                                                  ORDER

SPRING PLACE, LTD., et al.,

                                Defendants.

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

       An initial pretrial conference is currently scheduled for April 14, 2021, at 2:00 p.m. Due to a scheduling conflict with the Court's criminal calendar, that conference can no longer go forward at that time. Instead, the Court will hold the conference on **Friday, April 16, 2021 at 11:00 a.m.** The Court thanks the parties for their letter and proposed case management plan, which will be discussed at this conference.

       In light of the public health situation, this conference will remain a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

       SO ORDERED.

                                                       *Paul A. Engelmayer*
                                                       Paul A. Engelmayer
                                                       United States District Judge

Dated: April 8, 2021
      New York, New York