UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JADE GREENE,<br><br>                              Plaintiff,<br>              -v-<br>SPRING PLACE, LTD.,<br><br>                              Defendant. | 21 Civ. 2000 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court orders this case remanded to state court for lack of subject-matter jurisdiction. For the avoidance of doubt, the Court has determined that, if plaintiff Jade Greene's motion for an extension of time to file his complaint is granted in state court and he files a removable complaint, defendants' removal to federal court within 30 days of such filing would be timely under 28 U.S.C. § 1446. However, without such ruling by the state court at this time, there are no federal claims in this case and no diversity jurisdiction, and so the case must be remanded.

The Clerk of Court is respectfully directed to close this case and to remand the matter to the Supreme Court of the State of New York, New York County.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 16, 2021
       New York, New York